UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LOURDES VENTURA,                           :        23-cv-6446 (SHS)

                Plaintiff,          :        ORDER

    -against-                                :

COSTCO WHOLESALE CORPORATION,              :

                Defendant.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The parties having stipulated that the amount of monetary damages recoverable by plaintiff against defendant shall be limited to and capped at an amount not to exceed the sum of $74,999, inclusive of all interest and costs [ECF Doc. No. 13],

    IT IS HEREBY ORDERED that this action is remanded to the Supreme Court of the State of New York, County of Bronx.

Dated: New York, New York
       November 27, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.